UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE A. WILSON,

        Plaintiff,

v.

        Case No. 1:07-cv-336

        Hon. Wendell A. Miles

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        Defendants.
_____/

OPINION AND ORDER

Plaintiff Bruce A. Wilson filed this action for judicial review of the final decision of the Commissioner of Social Security that Plaintiff was not entitled to Disability Insurance Benefits ("DIB") under Title II of the Social Security Act. 42 U.S.C. §§ 416(I), 423. On June 2, 2008, United States Magistrate Judge Ellen S. Carmody submitted a Report and Recommendation recommending that the Commissioner of Social Security's decision be affirmed. Although the Report and Recommendation advised that the parties may object to and seek review of the recommendation within ten days of service of the report, 28 U.S.C. § 636(b)(1)(C), no objections have been filed.

When no objections have been filed to a Report and Recommendation, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the Magistrate Judge's recommendation. See Advisory Committee Notes to Federal Rule of Civil Procedure 72; Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions,

under a de novo or any other standard, when neither party objects to those findings."). The court has reviewed the Report and Recommendation, agrees with the reasoning and conclusions of Magistrate Judge Carmody, and has found no clear error.

Accordingly, the court APPROVES the Report and Recommendation (docket #16), ADOPTS it as the opinion of the court, and AFFIRMS the decision of the Commissioner of Social Security.

So ordered this 27th day of June, 2008.

                                            /s/ Wendell A. Miles
                                           Wendell A. Miles
                                           Senior U.S. District Judge